866

No. 977. Bonamico *v.* United States.   June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Louis Bonamico, pro se.   Solicitor General Thacher, Assistant Attorney General Dodds,* and *Messrs. Claude R. Branch* and *William H. Riley, Jr.,* for the United States.

No. 986. General Talking Pictures Corp. et al. *v.* Stanley Co.   June 1, 1931.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Mr. Samuel E. Darby, Jr.,* for petitioners.   *Mr. Charles Neave* for respondent.

No. 995. Darling *v.* Commissioner of Internal Revenue.   June 1, 1931.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John Winston Read* for petitioner.   *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Mr. Claude R. Branch* for respondent.

No. 997. Myers *v.* United States.   June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. J. Raymond Gordon* for petitioner.   *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *Paul D. Miller* for the United States.

No. 1000. Miller *v.* United States.   June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. Louis Halle* for